UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANGELES FLORES RODRIGUEZ,<br><br>              Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>              Defendant. | CASE NUMBER: 1:21-cv-00485-GSA<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>(Doc. 2) |

Plaintiff having applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915, the Court hereby ORDERS that the application is granted.  The Clerk of Court is hereby ordered to issue summons and new case documents including a Scheduling Order (Social Security Appeal), Order re Consent or Request for Reassignment, notice and form of consent to proceed before a magistrate judge, and USM instructions.  The United States Marshal is ordered to serve a copy of the complaint, summons and this order upon the Defendant.  All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

   Dated:   **March 24, 2021**                    **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE

1